UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS OTIS BUTLER (CDCR # D-94870), | No. C 14-1110 SI (pr) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| CONNIE GIPSON, | |
| Respondent. | |

Petitioner, a prisoner at the California State Prison - Corcoran, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his 2003 robbery conviction in Santa Clara County Superior Court. He has challenged that conviction previously. His first federal habeas petition challenging that conviction, *Butler v. Clark*, No. C 09-4591 JF, was filed in 2009 and dismissed as untimely in 2011. He did not appeal that decision.

A second or successive petition may not be filed in this court unless the petitioner first obtains from the United States Court of Appeals for the Ninth Circuit ("Ninth Circuit") an order permitting this court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). This rule applies when the previous petition was dismissed as barred by the statute of limitations which constitutes a disposition on the merits. *See McNabb v. Yates*, 576 F.3d 1028, 1029-30 (9th Cir. 2009).

Petitioner has not obtained the required permission from the Ninth Circuit. This court will not entertain a new petition from petitioner until he first obtains permission from the Ninth Circuit to file such a petition. This action is DISMISSED without prejudice to petitioner filing

a petition for writ of habeas corpus in this court after he obtains the necessary order from the Ninth Circuit.

If petitioner wants to attempt to obtain the necessary order from the Ninth Circuit, he should file an "Application For Leave To File Second Or Successive Petition" in the Ninth Circuit (at 95 Seventh Street, San Francisco, CA 94103). A copy of the form application is enclosed with this order for his convenience.

The clerk shall close the file.

IT IS SO ORDERED.

DATED: April 15, 2014

                              SUSAN ILLSTON
                              United States District Judge