**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS OTIS BUTLER (CDCR # D-94870), | No. C 14-1110 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CONNIE GIPSON, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a petition for writ of habeas corpus in this court after he obtains the necessary order from the Ninth Circuit.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 15, 2014

SUSAN ILLSTON
United States District Judge